# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LUCKY OPCO LLC,<br><br>　　　　　Defendant. | Case No. 21-cv-00903-BLF<br><br>**ORDER TO SHOW CAUSE** |

No filings have been made in this case since Defendant Lucky Opco LLC filed an answer to the complaint on April 8, 2021. ECF No. 13. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **on or before November 12, 2021**, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 28, 2021

_____
BETH LABSON FREEMAN
United States District Judge